UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Scott J. Freedman
Martin J. Weis
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile:  (856) 663-8855

*Special Counsel to Daniel E. Straffi, Chapter 7 Trustee*
_____

In re:

PUREKANA, LLC

                    Debtor.
_____

DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE,

                    Plaintiff,

                    v.

COSMETIC SOLUTIONS LLC,

                    Defendant.

Chapter 7

Case No. 24-13462 (MEH)

Honorable Mark E. Hall

Adv. Pro. No. 26–01120 (MEH)

### CERTIFICATION OF SERVICE

1.      I, Scott J. Freedman:

Am special counsel to Daniel E. Straffi, Chapter 7 Trustee in the above-captioned matter.

2.      On March 13, 2026, I sent a copy of the following pleadings and/or documents to the parties listed and in the methods indicated on the attached chart:

*Summons and Notice of Pretrial Conference in an Adversary Proceeding; and Complaint to Avoid and Recover Fraudulent Transfer and Disallow Claims Pursuant to 11 U.S.C. §§ 544, 550 and 502(d).*

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

 Dated: March 13, 2026                              /s/ Scott J. Freedman
                                                    Scott J. Freedman

#125502576v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cosmetic Solutions LLC<br>6101 Park of Commerce Blvd.<br>Boca Raton, FL 33487<br>Attn: Officer, Managing or General Agent | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>9589 0710 5270 3110 4619 66<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Registered Agent for Cosmetic Solutions LLC<br>c/o Lijana Berry<br>6101 Park of Commerce Blvd.<br>Boca Raton, FL 33487 | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>9589 0710 5270 3110 4618 43<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

#125502576v1