UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**DILWORTH PAXSON LLP**
Scott J. Freedman
Martin J. Weis
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile:  (856) 249-5098

*Attorneys for Daniel E. Straffi, Chapter 7 Trustee*

In re:

PUREKANA, LLC,

                        Debtor.

DANIEL E. STRAFFI, CHAPTER 7 TRUSTEE,

                        Plaintiff

                v.

COSMETIC SOLLUTIONS LLC,

                        Defendant.

Chapter 7

Case No. 24-13462 (EJO)

Honorable Eamonn James O'Hagan

Adv. Proc. No. 26-01120 (EJO)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Daniel E. Straffi, Chapter 7 Trustee for PureKana,

LLC, by and through his undersigned special counsel, hereby voluntarily dismisses the above-captioned

Adversary Proceeding with prejudice.

Dated:  June 27, 2026

**DILWORTH PAXSON LLP**

By:  /s/ Scott J. Freedman
     Scott J. Freedman
     457 Haddonfield Road, Suite 700
     Cherry Hill, New Jersey 08002
     Telephone: (856) 675-1962
     Facsimile: (856) 249-5098

*Attorneys for Daniel E. Straffi, Chapter 7 Trustee*

#125712510v1